# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Joshua Warren<br>DOB: 1987; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-06389MJ |

Complaint for violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 16, 2024, at or near Tucson, in the District of Arizona, **Joshua Warren**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is: one (1) black Umarex SportWaffen, model Beretta M9, .22 caliber pistol; said firearm having been shipped and transported in interstate commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 16, 2024, Tucson Police Department (TPD) officers stopped a vehicle for a traffic violation. The front seat passenger, later identified as **Joshua Warren**, ran from the vehicle and TPD officers gave chase. Officers gave verbal commands to stop, but **Warren** did not stop. During the chase, TPD officers saw that **Warren** grabbed a firearm from his waistband and threw it in the backyard of a residence in the 3100 block of N. Stone Avenue, Tucson, Arizona. **Warren** then ran towards the officers and was apprehended. In a search incident to arrest of **Warren's** bag, TPD officers found what appeared to be M30 pills, methamphetamine, and crack cocaine. Officers located a loaded magazine containing seven (7) .22 caliber rounds a few feet away from the vehicle **Warren** ran from. Officers retrieved a firearm from the backyard of the residence they observed **Warren** throw the gun. The firearm was a black Umarex SportWaffen, model Beretta M9, .22 caliber pistol. It was determined that **Warren** is a prohibited possessor.

A records check by law enforcement revealed **Warren** has prior felony convictions in the Maricopa County Superior Court (Court Case Number CR2016-110672-001) dated 6/30/2016 for Possession of Drug Paraphernalia for which he was sentenced to 1 year and 3 months prison; in the Maricopa County Superior Court (Court Case Number CR2017-150672-001) dated 12/27/2017 for Dangerous Drug-Poss/Use for which he was sentenced to 2 years and 6 months prison; and in the Pinal County Superior Court (Court Case Number S1100CR202000792) dated 5/22/2020 for Unlawful Flight from Law Enforcement Vehicle for which he was sentenced to 1 year and 6 months prison. All three convictions are felony offenses punishable by imprisonment for a term exceeding one year.

An ATF firearms nexus expert conducted a preliminary examination of photographs taken of the firearm retrieved from the backyard of the residence on the 3100 block of N. Stone Avenue and determined that it was not manufactured in Arizona, thereby traveling in, or affecting interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA R. Arellano  RAQUEL ARELLANO Digitally signed by RAQUEL ARELLANO Date: 2024.07.23 15:35:30 -07'00' | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE<br>TPD/ATF TFO Detective Gilbert Martinez |
|---|---|

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 23, 2024 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54.